AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▾

<table>
<tr><td>GOJA, LLC</td><td rowspan="11">)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td></td><td></td></tr>
<tr><td>_____</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td></td></tr>
<tr><td>v.</td><td>Civil Action No. 1:25-cv-20753-BB</td></tr>
<tr><td>EDENS GARDEN ESSENTIALS CORPORATION</td><td></td></tr>
<tr><td></td><td></td></tr>
<tr><td>_____</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EDENS GARDEN ESSENTIALS CORPORATION
By serving its registered agent
Grace Martin
1322 Calle Avanzado
San Clemente, CA 92673

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victoria M. McLaughlin, #1008106
Spencer Fane LLP
201 N. Franklin Street, Suite 2150
Tampa, FL 33602
vmclaughlin@spencerfane.com
813-424-3500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Feb 19, 2025
_____

*s/ Clifford Charles*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court